CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

John Sullivan (SBN 204648)
johnw.sullivan@yahoo.com
10857 Kling Street
North Hollywood, CA 91602
Tel: 818.296.9508
Fax: 818-301-2175
Attorneys for Defendant
B R Grigsby Associates, LLC

Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
WITKOW | BASKIN
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508
Attorneys for Defendant
Young A. Lee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>B R GRIGSBY ASSOCIATES, LLC, a California Limited Liability Company; Young A. Lee,<br><br>  Defendants. | Case No.: 2:20-cv-10764-DMG-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 12, 2021          CENTER FOR DISABILITY ACCESS

                               By:   /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

Dated: April 12, 2021

                               By:   /s/ John Sullivan
                                     John Sullivan
                                     Attorneys for Defendant
                                     B R Grigsby Associates, LLC

Dated: April 12, 2021          WITKOW | BASKIN

                               By:   /s/ Cory A. Baskin
                                     Cory A. Baskin
                                     Attorneys for Defendant
                                     Young A. Lee

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John Sullivan, counsel for B R Grigsby Associates, LLC and Cory A. Baskin, counsel for Young A. Lee, and that I have obtained authorization to affix their electronic signature to this document.

Dated: April 12, 2021            CENTER FOR DISABILITY ACCESS

                                 By:   /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff